

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00182-CV

Celia Sexton Tate and 1826 SPID Business Center, LLC
v.
Carter L. Tate and C. C. Ambassador Row, LLC

On Appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 2014-DCV-0878-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED.  The Court orders the appeal DISMISSED in accordance with its opinion.  Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

July 30, 2015